UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.Q. MILTON, INC., <br>     Plaintiff, <br>     v. <br> JESSY WEBSTER, et al., <br>     Defendants. | Case No. 17-cv-06598-PJH <br><br> **SCHEDULING ORDER** |

The court is in receipt of an application for a temporary restraining order ("TRO") filed by H.Q. Milton, Inc., plaintiff in the above-entitled action. The court hereby orders that defendants' response to the TRO application shall be filed no later than 5:00 p.m. on Monday, November 20, 2017.

The court will conduct a hearing on Wednesday, November 22, 2017, at 10:00 a.m., in Courtroom 3, at the Courthouse located at 1301 Clay Street, South Tower, Oakland, California. Parties should also be prepared to address plaintiff's motion for expedited discovery.

Plaintiff shall serve a copy of this order on defendants no later than 7:00 p.m. Pacific time on Friday, November 17, 2017.

**IT IS SO ORDERED.**

Dated: November 17, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge